UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 07 2022

Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. M-22-302-S1 |
| | § |
| MIGUEL GARZA | § |
| MARCOS PEREZ | § |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about December of 2021 until on or about June 11, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL GARZA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about February 9, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL GARZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 23 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Three

On or about December 28, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MIGUEL GARZA**
**and**
**MARCOS PEREZ**

did attempt to transport monetary funds, that is, approximately $9,921.00 in United States currency, from a place outside the United States, that is, the United Mexican States, to a place inside the United States, that is, Starr County, Texas with the intent to promote the carrying on specified unlawful activity, that is, the distribution of a controlled substance.

In violation of Title 18, United States Code, Sections 1956(a) (2)(A) and 2.

## Count Four

On or about June 12, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL GARZA**

did corruptly attempt to, alter destroy, mutilate, and conceal a record, document, or other object or attempt to do so, with intent to impair its integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(c) (1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*Patricia Cook Profit* (signature)
ASSISTANT UNITED STATES ATTORNEY