U.S. Department of Justice  
Washington, D.C.  
9/1/2022/ra

Criminal Docket

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-22-0302-S1__ |
| **SEALED SUPERSEDING INDICTMENT** Filed: September 7, 2022 | Judge: __MICAELA ALVAREZ__ |
| County: Starr | |
| Lions #: **2022R00970** | Attorneys: |
| UNITED STATES OF AMERICA | JENNIFER B. LOWERY, UNITED STATES ATTORNEY |
| v. | PATRICIA COOK PROFIT, ASST. U.S. ATTORNEY |
| MIGUEL GARZA  --WARRANT-- | Cts. 1-4 |
| MARCOS PEREZ  --WARRANT-- | Ct. 3 |

Charge(s):

Ct. 1: Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2: Possession with intent to distribute 5 kilograms or more, that is, approximately 23 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 3: Money Laundering
Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

Ct. 4: Tampering with Documents or Proceedings
Title 18, United States Code, Sections 1512(c)(1) and 2.

Total Counts **(4)**

Penalty:

Cts. 1 - 2: Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Ct. 3: Imprisonment for not more than 20 yrs. and/or a fine of not more than $500,000.00 or twice the value of the property involved in the transaction, whichever is greater, and at least a 3 yr. but not more than 5 yr. SRT

Ct. 4: Imprisonment for not more than 20 yrs. and/or a $5,000,000.00 fine and at least a 4 yr. SRT

Agency: Drug Enforcement Administration – Benjamin Weightman – M5-21-0069

Proceedings

Date