UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.   M-22-0302 |
| MARCOS PEREZ, III | § | |

### NOTICE OF EXHIBITS FILED

Please see attached hereto the Government's exhibits:

- Exhibit 1 – Photo evidence found on MARCOS PEREZ, III's phone

- Exhibit 2 – Additional photo evidence found on MARCOS PEREZ, III's phone

- Exhibit 3 – Evidence found in MARCOS PEREZ, III Snapchat account

- Exhibit 4 – Report (filed under seal)

- Exhibit 5 – Report (filed under seal)

Copies of this notice and all attachments have been provided to **Jose Pepe Garza**, attorney for the defendant.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By:   */s/ Patricia Cook Profit*
Patricia Cook Profit
Assistant United States Attorney
United States Attorney's Office
Bentsen Tower
1701 West Highway 83
Suite 600
McAllen, Texas    78501
(956) 618-8010