UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  M-22-0302-03 |
| MARCOS PEREZ | § | |

**O R D E R**

The Court has considered the Government's Unopposed Motion for Continuance of Final Pretrial and Jury Selection and finding it to be meritorious, the Court GRANTS said Motion and resets Final Pretrial and Jury Selection for defendant on the merit of the above-referenced case to _____ day of _____, 2023, at _____ a.m..

SIGNED this the _____ day of November 2022 at McAllen, Texas.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE